IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| OMAR MONTOYA | ) | CIVIL ACTION NUMBER |
| | ) | M-14-467 |
| VS. | ) | |
| | ) | CRIMINAL NUMBER |
| UNITED STATES OF AMERICA | ) | M-12-614-09 |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation and the Addendum to Report and Recommendation regarding Movant Omar Montoya's cause of action. After having reviewed the Report and Recommendation and the Addendum to Report and Recommendation, and after appropriate review of Movant's objections and supplemental objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation and Addendum to Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Dorina Ramos' Report and Recommendation and Addendum to Report and Recommendation entered as Docket Entries Numbers 18 and 19, respectively, are hereby adopted by this Court.

The Clerk shall send a copy of this Order to Movant and counsel for Respondent.

DONE on this 27th day of September, 2017, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE